AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| HERSHEY CREAMERY COMPANY,<br>*Plaintiff*<br>v.<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY and<br>LIBERTY INSURANCE CORPORATION, ,<br>*Defendants* | Civil Action No.   1:18-CV-0694<br>(Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   other:   **SUMMARY JUDGMENT be and is hereby ENTERED** in favor of plaintiff HERSHEY CREAMERY COMPANY, and against defendants LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY INSURANCE CORPORATION, as to Hershey's declaratory judgment claim against Liberty Mutual (Count I) regarding Liberty Mutual's duty to defend, in accordance with the court's memorandum (Doc. 29) and order (Doc. 30), dated May 6, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

MOTION FOR PARTIAL SUMMARY JUDGMENT

Date:   May 6, 2019                       *CLERK OF COURT*   PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*