AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| HERSHEY CREAMERY COMPANY, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    1:18-CV-0694 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and | ) |
| LIBERTY INSURANCE CORPORATION, , | )    (Chief Judge Conner) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐    the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* )
_____ recover costs from the plaintiff *(name)*
_____ .

X   other:    **DECLARATORY JUDGMENT be and is hereby ENTERED** in favor of plaintiff HERSHEY CREAMERY COMPANY, and against defendants LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY INSURANCE CORPORATION, as to Hershey's declaratory judgment claim against Liberty Mutual (Count I) regarding Liberty Mutual's duty to defend, as follows: IT IS ORDERED AND DECLARED that Liberty Mutual has a duty to defend Hershey in the action pending in the United States District Court for the District of Delaware captioned F'Real Foods, LLC v. Hamilton Beach Brands, Inc., No. 1:14-CV-1270 (D. Del. 2014), as subsequently consolidated with the related action captioned F'Real Foods, LLC v. Hamilton Beach Brands, Inc., No. 1:16-CV-41 (D. Del. 2016), in accordance with the courts' memorandum (Doc. 29) and order (Doc. 30), of May 6, 2019.

This action was *(check one)*:
☐   tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge    Chief Judge Christopher C. Conner
           MOTION FOR PARTIAL SUMMARY JUDGMENT
Date:    May 6, 2019          *CLERK OF COURT*   PETER WELSH, Clerk of Court

                                                                       K. McKinney, Deputy Clerk

*Signature of Clerk or Deputy Clerk*